IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN DAVITT, SCOTT CARTER and MARK TUDYK individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | No. 2:13-cv-00381-FSH-PS<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF THE CLASS ACTION SETTLEMENT**

For the reasons set forth in the accompanying Memorandum of Law submitted herewith, Plaintiffs respectfully request that this Court enter an Order: (1) conditionally certifying a class action with respect to the claims against Defendant pursuant to FED. R. CIV. P. 23(a) and 23(b)(3) for the purpose of effectuating a class action settlement of the claims against Defendant; (2) preliminarily approving the settlement; (3) directing Notice to Settlement Class Members consistent with the Notice Plan in the Settlement Agreement; (4) appointing Chimicles & Tikellis as Class Counsel; and (5) scheduling a final approval hearing.

Dated: September 24, 2014          Respectfully submitted,

                                 By:   *//s// Matthew D. Schelkopf*
Joseph G. Sauder
Matthew D. Schelkopf
Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
E-mail: JGS@chimicles.com
MDS@chimicles.com
BFJ@chimicles.com

Jonathan W. Cuneo
William H. Anderson
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
E-mail: jonc@cuneolaw.com
wanderson@cuneolaw.com

*Attorneys for Plaintiffs and the Proposed Settlement Class*