# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN DAVITT, SCOTT CARTER and MARK TUDYK individually and on behalf of others similarly situated,<br><br>                  Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>                  Defendant. | No. 2:13-cv-00381-MCA-JBC<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS

**PLEASE TAKE NOTICE** that at the Final Approval Hearing scheduled for 10:00 a.m. on May 7, 2015, Plaintiffs will move to have the Court enter the proposed order submitted herewith that will grant their unopposed motion seeking (1) the payment of $1,400,00 to Plaintiffs' Counsel for the payment of their attorneys' fees and reimbursement of expenses, and (2) the payment of incentive awards in the amount of $ 1,500 each for Plaintiffs Kevin Davitt, Scott Carter and Mark Tudyk.[1]

---

[1] Plaintiffs will also request that the Court enter an order granting final approval to the settlement and dismissing this action with prejudice. A motion seeking that relief will be filed separately.

1

**PLEASE FURTHER NOTE** that Plaintiffs will rely on the Memorandum of Law, Declarations of Counsel and other related materials in support of this motion.

**PLEASE FURTHER NOTE** that Defendants do not oppose this motion.

Dated: March 6, 2015　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　By:　*//s// Matthew D. Schelkopf*
　　　　　　　　　　　　　　　　　Joseph G. Sauder
　　　　　　　　　　　　　　　　　Matthew D. Schelkopf
　　　　　　　　　　　　　　　　　Benjamin F. Johns
　　　　　　　　　　　　　　　　　CHIMICLES & TIKELLIS LLP
　　　　　　　　　　　　　　　　　One Haverford Centre
　　　　　　　　　　　　　　　　　361 West Lancaster Avenue
　　　　　　　　　　　　　　　　　Haverford, PA 19041
　　　　　　　　　　　　　　　　　Telephone: (610) 642-8500
　　　　　　　　　　　　　　　　　E-mail:　　JGS@chimicles.com
　　　　　　　　　　　　　　　　　　　　　　MDS@chimicles.com
　　　　　　　　　　　　　　　　　　　　　　BFJ@chimicles.com

　　　　　　　　　　　　　　　　　Jonathan W. Cuneo
　　　　　　　　　　　　　　　　　William H. Anderson
　　　　　　　　　　　　　　　　　CUNEO GILBERT
　　　　　　　　　　　　　　　　　 & LADUCA, LLP
　　　　　　　　　　　　　　　　　507 C Street, NE
　　　　　　　　　　　　　　　　　Washington, DC 20002
　　　　　　　　　　　　　　　　　Telephone: (202) 789-3960
　　　　　　　　　　　　　　　　　Facsimile: (202) 789-1813
　　　　　　　　　　　　　　　　　E-mail:　　jonc@cuneolaw.com
　　　　　　　　　　　　　　　　　　　　　　wanderson@cuneolaw.com

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*
　　　　　　　　　　　　　　　　　　*and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Matthew D. Schelkopf, hereby certify that the foregoing **PLAINTIFFS' UNOPPOSED MOTION AND NOTICE OF MOTION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARDS** was filed on this 6th day of March, 2015 using the Court's CM/ECF system, thereby electronically serving it on all counsel of record in this case.

*/s/ Matthew D. Schelkopf*
Matthew D. Schelkopf