TO: Clerk of Court

1. Title of case, Davitt v American Honda Motor Co, Inc. #13-cv-00381

2. Justine M. Slaughter
70 W. Hidden Valley Airport
Shady Shores, TX 76208
Cell — 940-206-5875
email — JustineMSlaughter@gmail.com

3. Date — November 20-2007
VIN — JHLRE 38788C013233

4. I Reciever letter & my HONDa CRV is being fixed today at Denton TX Honda so I'm included in the class attion.

5. Objection — I was told it only had to do with the 4 doors and the Rear Hatch Actuator needs to be included. I have complained about All of this for years but was ignored. I have been locked inside my car where I couldn't get out

even from the back hatch which was terrifing and extremely clostophobic. I've been locked outside in the rain, at night, trying to get to work (+ being late) or even trying to get my things out of the rear (had to go thru front passenger door + haul things to front, a lot of work) I'm 62 yrs old + this has been flustrating, scarey, noisey (the constant RRRCRunch all the time) and am so glad this has finially recieved attention after all these years. This needs to be <u>completely</u> taken care of + fixed please!

I Am sending you original letter + copies to the other address (+ one for me) I thank-you for this for my objection + complains were ignored!

Sincerely
Justine M. Slaughter
Justine M. Slaughter
(940) 206-5875



Justine Slaughter
7610 Hidden Valley Airpark
Shady Shores TX 76208

Clerk of the Court
Martin Luther King US Courthouse
50 Walnut St, Rm 4015
Newark, NJ 07101