10730 28th Ave. SW
Seattle, WA 98146
March 16, 2015



Dear Persons:

I am writing to you to object to the settlement with Honda for door lock problems with the CR-V.

1) I am writing with respect to case: Davitt v. American Honda Motor Co., Inc., No. 13-cv-00381

2) My name, address and phone number are
Day Ann Eaton
10730 28th Ave. SW
Seattle, WA 98146
206-243-1524

3) I bought my 2007 Honda CR-V in April, 2007. The VIN is JHLRE38377C044422

4) I have reviewed the settlement class definition and I am a settlement class member.

5) I object to the settlement because I believe the cut-off date of November 7, 2015 is too soon. Here is the reason.
During 2014, one or more of the door locks spontaneously unlocked themselves while I was driving. This happened very intermittently. Also at about this time the left rear door lock became very hard to lock manually and got to the point that I could not lock it at all. (I wanted to lock it manually when I put my grandson in the back seat but before driving.) In the fall of 2014 I took the car to the local Honda Dealer, Burien Honda, regarding this problem. The man there got the left rear door lock to work by pushing it very hard. He said that to diagnose it or the intermittent unlocking problem would cost $119 just to do the diagnosis (not any fixing). Apparently there was already some sort of service notice about this problem, but the Honda dealer would not do anything. Then in January 2015 I received your letter about the settlement. Since there was a recall for the driver's door lock, I took the car to the dealer on February 23, 2015 and had that service done. It did not solve the problem with the left rear door lock though.

My objection to the settlement is that I don't know if the service they did on February 23 will fix the spontaneous unlocking (since it is very intermittent). Since I drive so little (less than 6,000 miles this past year) it may take longer than November 2015 to determine if there is still a problem with the door locks. Or it may take longer than November 2015 for the left rear door lock to stop functioning entirely.

I believe Honda should warrant all the door locks for at least 100,000 miles and have no time limit.

6) I have not objected to any class action settlement in the United States in the past five years.

Sincerely,

*Day Ann Eaton*
Day Ann Eaton

Mrs. Day Eaton
10730 28th Ave SW
Seattle, WA 98146-1928

MAR 2 3 2015

SEATTLE WA 980
15 MAR 2015 PM 4 L

Clerk of the Court
Martin Luther King U.S. Courthouse
50 Walnut Street  Rm 4015
Newark, NJ 07101

0710235599

