## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN DAVITT, SCOTT CARTER and MARK TUDYK individually and on behalf of others similarly situated, | No. 2:13-cv-00381-MCA-JBC |
| | |
| Plaintiffs, | **CLASS ACTION** |
| | |
| vs. | **JURY TRIAL DEMANDED** |
| | |
| AMERICAN HONDA MOTOR CO., INC., | |
| Defendant. | |

### NOTICE OF PLAINTIFFS' UNOPPOSED
### MOTION FOR FINAL APPROVAL OF
### CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that at the Final Approval Hearing scheduled for

10:00 a.m. on May 7, 2015, Plaintiffs will move to have the Court enter the

proposed order submitted herewith that will grant their unopposed motion seeking

entry of an order granting final approval to the Settlement Agreement and

Release.[1]

**PLEASE FURTHER NOTE** that Plaintiffs will rely on the Memorandum

of Law, and other related materials in support of this motion.

---

[1] Plaintiffs will also request at this hearing that the Court enter an order approving their requests for attorneys' fees, expenses, and Plaintiff incentive awards. An unopposed motion seeking that relief was filed on March 6, 2015 (DE # 60).

**PLEASE FURTHER NOTE** that Defendants do not oppose this motion.

Dated: April 10, 2015                              Respectfully submitted,

                              By:     *//s// Matthew D. Schelkopf*
                                      Joseph G. Sauder
                                      Matthew D. Schelkopf
                                      Benjamin F. Johns
                                      CHIMICLES & TIKELLIS LLP
                                      One Haverford Centre
                                      361 West Lancaster Avenue
                                      Haverford, PA 19041
                                      Telephone: (610) 642-8500
                                      E-mail:      JGS@chimicles.com
                                                   MDS@chimicles.com
                                                   BFJ@chimicles.com

                                      Jonathan W. Cuneo
                                      William H. Anderson
                                      CUNEO GILBERT
                                        & LADUCA, LLP
                                      507 C Street, NE
                                      Washington, DC 20002
                                      Telephone: (202) 789-3960
                                      Facsimile: (202) 789-1813
                                      E-mail:      jonc@cuneolaw.com
                                                   wanderson@cuneolaw.com

                                      *Attorneys for Plaintiffs*
                                       *and the Proposed Class*

## <u>CERTIFICATE OF SERVICE</u>

I, Matthew D. Schelkopf, hereby certify that the foregoing **NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** and all related papers were filed on this 10th day of April, 2015 using the Court's CM/ECF system, thereby electronically serving it on all counsel of record in this case.

I also certify that on this date I have served via United States mail a copy of the foregoing on Michael Narkin, 85391 Chezem Road, Eugene, Oregon 97405.

*/s/ Matthew D. Schelkopf*
Matthew D. Schelkopf