IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN DAVITT, SCOTT CARTER and MARK TUDYK, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN HONDA MOTOR CO., INC,<br><br>　　　　Defendants. | Case No.:  2:13-cv-00381-MCA-JBC |

**DECLARATION OF MATTHEW D. SCHELKOPF IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT**

I, Matthew D. Schelkopf, hereby declare:

　　1.　　I am a Partner with the firm of Chimicles & Tikellis LLP, Counsel for Plaintiffs in this action.

　　2.　　Attached hereto as exhibits are true and correct copies of the following documents referenced in Plaintiffs' memorandum of law in support of their unopposed motion for final approval of the settlement.

1

3. Attached hereto as Exhibit A is a true and correct copy of the California Bar Association webpage for Michael Narkin, accessible by the link http://members.calbar.ca.gov/fal/Member/Detail/59793 (last visited March 26, 2015).

4. Attached hereto as Exhibit B is a true and correct copy of the August 9, 2004 article by Howard Mintz regarding Michael Narkin's fraudulent law school, Saratoga University School of Law, accessible by the link http://www.calstate.edu/pa/clips2004/august/9august/law.shtml (last visited March 26, 2015).

5. Attached hereto as Exhibit C is a true and correct copy of the September 24, 2004 article by Howard Mintz regarding the California State Bar Association's revocation of registration Saratoga University School of Law, accessible by the link http://www.lawschool.com/delisted.htm (last visited March 26, 2015).

6. Attached hereto as Exhibit D is a true and correct copy of a chart summarizing the cases in which Narkin has filed Objections.

7. Attached hereto as Exhibit E is a true and correct copy of the March 26, 2014 Letter Objection by Michael Narkin in *Rosales v. FitFlop USA, LLC*, 3:11-cv- 00973-W-KSC (S.D. Cal.).

8. Attached hereto as Exhibit F is a true and correct copy of the January 21, 2014 Letter Objection by Michael Narkin in *Miller v. Ghirardelli Chocolate Company,* 3:12-cv-04936 (N.D. Cal.).

9. Attached hereto as Exhibit G is a true and correct copy of the August 12, 2014 Letter Objection by Michael Narkin in *Bezdek v. Vibram USA Inc., et al*, 1:12-cv-10513 (D. Mass.).

10. Attached hereto as Exhibit H is a true and correct copy of the May 30, 2014 Letter Objection by Michael Narkin in *Larsen, et al. v. Trader Joe's Company*, 3:11-cv-05188 (N.D. Cal.).

11. Attached hereto as Exhibit I is a true and correct copy of the January 8, 2015 Objection Letter by Michael Narkin in *Angel Aguiar v. Merisant Company et al*, 2:14-cv-00670-RGK-AGR (C.D. Cal.).

12. Attached hereto as Exhibit J is a true and correct copy of the January 14, 2015 Objection Letter by Michael Narkin in *Herrick et al v. JPMorgan Chase Bank, N.A. et al,* 1:13-cv-21107-FAM (S.D. Fla.).

13. Attached hereto as Exhibit K is a true and correct copy of the January 25, 2015 Objection letter by Michael Narkin in *In re: Polyurethane Foam Antitrust Litig.*, 1:10-md-02196-JZ (N.D. Ohio).

14. Attached hereto as Exhibit L is a true and correct copy of the June 20, 2013 Order in *IBEW-NECA Local 505 Health & Welfare Plan v. Smithkline Beecham Corporation*, 2:08-cv-03301-AB (E.D. Pa.).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Dated: April 10, 2015 /s/ *Matthew D. Schelkopf*
Matthew D. Schelkopf