# EXHIBIT A

4/6/2015    Case 2:13-cv-00381-MCA-JBC    Document 66-1    Filed 04/10/15    Page 2 of 3 PageID: 932
State Bar of CA : Michael H. Narkin

Monday, April 6, 2015

THE STATE BAR OF CALIFORNIA

## ATTORNEY SEARCH

## Michael H. Narkin - #59793

## Current Status: Resigned with Charges Pending

**This member is resigned and may not practice law in California.**

See below for more details.

## Profile Information

*The following information is from the official records of The State Bar of California.*

| | | | |
|---|---|---|---|
| **Bar Number:** | 59793 | | |
| **Address:** | 1016 E El Camino Real<br>Sunnyvale, CA 94087 | **Phone Number:**<br>**Fax Number:**<br>**e-mail:** | Not Available<br>Not Available<br>Not Available |
| **County:** | Santa Clara | **Undergraduate School:** | Univ of Maryland, MD; MD |
| **District:** | District 6 | | |
| **Sections:** | None | **Law School:** | Golden Gate Univ SOL; San Francisco CA |

## Status History

| Effective Date | Status Change |
|---|---|
| Present | Resigned |
| 10/31/1986 | Resigned |
| 6/10/1986 | Not Eligible To Practice Law |
| 6/18/1974 | Admitted to The State Bar of California |

Explanation of member status

## Actions Affecting Eligibility to Practice Law

| Effective Date | Description | Case Number | Resulting Status |
|---|---|---|---|
| **Disciplinary and Related Actions** | | | |

Overview of the attorney discipline system.

| | | | |
|---|---|---|---|
| 10/31/1986 | Resignation with charges pending | | Resigned |
| 6/10/1986 | Vol.inactive(tender of resign.w/charges) | | Not Eligible To Practice Law |

**Administrative Actions**

This member has no public record of administrative actions.

State Bar of CA : Michael H. Narkin

Copies of official attorney discipline records are available upon request.

Explanation of common actions

Start New Search »

Contact Us  |  Site Map  |  Privacy Policy  |  Notices  |  Copyright  |  Accessibility  |  FAQ

Copyright © 2015, The State Bar of California