# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN DAVITT, SCOTT CARTER and MARK TUDYK individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | No. 2:13-cv-00381-MCA-JBC |

## DECLARATION OF TONY FITENI

I, Tony Fiteni, declare as follows:

1. I am the Claims Administration Assistant Manager for American Honda Motor Co., Inc. ("Honda"). I have held this position for 5 months. One of my responsibilities is overseeing administration of the settlement in this case.

2. Beginning in January 2015, Honda sent the Court-approved Class Notice and Claim Form via U.S. Mail to based on information compiled by and received from R.L. Polk. Honda mailed 792,768 Notices and Claim Forms.

3. Honda also established a dedicated website, http://doorlocksettlement.com, to provide settlement class members with

information about the settlement. The Class Notice, Claim Form, Settlement Agreement, key court filings, contact information for class counsel, a list of important dates, and answers to frequently asked questions are available on the website. The website also lists contact information, including a toll-free telephone number, for the Settlement Administrator; live operators are available to answer questions from potential settlement class members.

4. As of the date of this Declaration, Honda has received 109 requests for exclusion from potential settlement class members.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 9, 2015, in Chino, California.

_____
Tony Fiteni