# Chimicles & Tikellis LLP
ATTORNEYS AT LAW

One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
E-mail: Mail@Chimicles.com

Writer's Direct E-mail:
MDS@Chimicles.com

Nicholas E. Chimicles
Pamela S. Tikellis *
Robert J. Kriner, Jr. *
Steven A. Schwartz
Kimberly Donaldson Smith
Joseph G. Sauder
Timothy N. Mathews
A. Zachary Naylor *
Matthew D. Schelkopf
Catherine Pratsinakis
Christina Donato Saler
Benjamin F. Johns
Alison G. Gushue
Scott M. Tucker *
Tiffany J. Cramer *
Vera G. Belger

OF COUNSEL
Anthony Allen Geyelin
David M. Maser

*Attorneys admitted to Jurisdiction other than PA

April 16, 2015

The Honorable Madeline C. Arleo
United States District Court
  for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re:   *Davitt, et al. v. Honda North America, et al.*,
      Docket No. 1:13-cv-00381-FSH-PS

Dear Judge Arleo:

The Parties jointly submit this letter to obtain clarification with respect to the disposition of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement (the "Motion"), filed on April 10, 2015 (Dkt. # 65), and the final approval of settlement in this matter in general.

On April 13, 2015, a docket entry (no docket number assigned) was entered on the docket in this matter scheduling the Motion for disposition on May 4, 2015, before Your Honor. This docket entry also indicates that the Motion will be decided on the papers and that "No appearances required unless notified by the court." It has come to the attention of the Parties that this particular scheduling may conflict with the Court's previous Order dated November 5, 2014 (Dkt. # 57). That Order scheduled a Final Approval Hearing for May 7, 2015 at 10:00 a.m.

The Parties seek clarification from the Court as to whether their attendance is required for a Final Approval Hearing on May 7, per the Court's November 5, 2014 Order, or if the Motion will instead be decided on the papers such that no attendance is required. We appreciate the Court's attention to this matter.

Respectfully submitted,

Matthew D. Schelkopf

MDS/klw

WILMINGTON OFFICE
222 Delaware Ave, Suite 1100
Wilmington, Delaware 19801
Telephone: (302) 656-2500
Telecopier: (302) 656-9053