**CASE CLOSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN DAVITT, SCOTT CARTER and MARK TUDYK individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | No. 2:13-cv-00381-MCA-JBC<br><br>**CLASS ACTION**<br><br>ORDER<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL, ENTERING JUDGMENT REGARDING SETTLEMENT, AND DISMISSING ACTION WITH PREJUDICE

**WHEREAS,** this matter has come before the Court pursuant to Plaintiffs' Motion for an Order Granting Final Approval of Class Action Settlement and Certifying a Settlement Class (the "Motion");

**WHEREAS,** the Court finds that it has jurisdiction over the Litigation;

**WHEREAS,** on November 5, 2014, this Court granted Plaintiffs' Motion for Preliminary Approval of the Settlement Agreement and Provisional Class Certification (the "Preliminary Approval Order");[1]

**WHEREAS,** the Settlement Class conditionally certified in the Preliminary Approval Order has been appropriately certified for settlement purposes only;

---

[1] Capitalized terms in this order have the meanings specified in the Settlement Agreement.

**WHEREAS**, the Court held a hearing on May 7, 2015 to consider the fairness, reasonableness, and adequacy of the Settlement Agreement, has been advised of all objections to the settlement, and has given fair consideration to all objections;

**WHEREAS**, the Court has considered the Motion, the Settlement Agreement (including its exhibits), and objections to the proposed settlement; and

**WHEREAS**, the Court is otherwise fully advised in the premises and has considered the record of these proceedings, the representations, arguments, and recommendations of counsel for the parties, and the requirements of law.

**IT IS HEREBY ORDERED THAT:**

## I.  FINAL APPROVAL OF THE SETTLEMENT AGREEMENT

The terms of the Settlement Agreement are approved. The settlement is in all respects fair, reasonable, adequate, and proper, and in the best interest of the Settlement Class. In reaching this conclusion, the Court has considered a number of factors, including an assessment of the likelihood that the Representative Plaintiffs would prevail at trial; the range of possible recovery; the consideration provided to Settlement Class Members as compared to the range of possible recovery discounted for the inherent risks of litigation; the complexity, expense, and possible duration of litigation in the absence of a settlement; the nature and extent of any objections to the settlement; and the stage of proceedings at which

the settlement was reached. The proposed settlement was entered into by experienced counsel and only after extensive arm's-length negotiations, including through mediation supervised by an experienced mediator. The proposed settlement is not the result of collusion. It was entered into in good faith, is reasonable, fair, and adequate, and is in the best interest of the Settlement Class. Class Counsel and the Representative Plaintiffs have fairly and adequately represented the Settlement Class.

## II. CLASS CERTIFICATION FOR SETTLEMENT PURPOSES

### A. CERTIFICATION OF SETTLEMENT CLASS

Consistent with its Preliminary Approval Order, the Court hereby grants class certification of the following Settlement Class for purposes of final approval:

> All residents of the United States, Commonwealth of Puerto Rico, U.S. Virgin Islands, or Guam who own or lease, or previously owned or leased, a Settlement Class Vehicle.[2] The Settlement Class also includes all United States military personnel who purchased a Settlement Class Vehicle outside the United States during military duty. Excluded from the Settlement Class are Honda, Honda's employees, employees of Honda's affiliated companies, Honda's officers and directors, dealers that currently own Settlement Class Vehicles, all entities claiming to be subrogated to the rights of Settlement Class Members, issuers of extended vehicle warranties, and any Judge to whom the Litigation is assigned.

---

[2] As defined in the Settlement Agreement, the Settlement Class Vehicles are all 2007 and 2008 Honda CR-Vs as well as 2009 Two-Wheel Drive CR-Vs with VINs in the following ranges: JHLxxxxxxxx000001–JHLxxxxxxxx007343; 5J6xxxxxxxx000001-5J6xxxxxxxx003420; or 3CZxxxxxxxx700001-3CZxxxxxxxx701680, and 2009 All Wheel Drive CR-Vs with VINs in the following ranges: JHLxxxxxxxx000001-JHLxxxxxxxx007327; 5J6xxxxxxxx000001-5J6xxxxxxxx007526; or 3CZxxxxxxxx700001-3CZxxxxxxxx7002402009.

H0043108. 3

### B. Rule 23(a)

With respect to the proposed Settlement Class, this Court has determined that, for purposes of settlement of the Litigation only, Plaintiffs have satisfied each of the Rule 23(a) prerequisites:

1. The Class Members are so numerous that joinder of all members is impracticable. FED. R. CIV. P. 23(a)(1).

2. There are questions of law or fact common to the Settlement Class. FED. R. CIV. P. 23(a)(2). Common questions of law or fact include: (1) whether the Settlement Class Vehicles were subject to a common design defect; (2) whether Honda failed to adequately disclose material facts related to the Settlement Class Vehicles prior to sale; (3) whether Honda's conduct was unlawful; and (4) how any resulting monetary damages to consumers should be calculated.

3. The claims of the Representative Plaintiffs are typical of the claims of the Settlement Class. FED. R. CIV. P. 23(a)(3). Plaintiffs have alleged that Honda sold defective products and failed to disclose (or to adequately disclose) material facts to members of the Settlement Class.

4. The Representative Plaintiffs will fairly and adequately protect the interests of the Settlement Class. FED. R. CIV. P. 23(a)(4). The Representative Plaintiffs do not have interests that are antagonistic to the Settlement Class and are fully aligned with the interests of other Settlement Class Members. Accordingly,

the Court finds that the Representative Plaintiffs have satisfied Rule 23(a) for purposes of evaluating the settlement.

### C.     Rule 23(b)(3)

The Court also "finds that the questions of law or fact common to class members predominate over any questions affecting only individual members," and that "a class action is superior to other available methods for fairly and efficiently adjudicating the controversy." FED. R. CIV. P. 23(b)(3).

Here, Settlement Class Members share a common legal grievance arising from Honda's alleged failure to disclose or adequately disclose material facts about the Settlement Class Vehicles. Common legal and factual questions predominate over any individual questions that may exist for purposes of this settlement, and the fact that the Parties are able to resolve the case on terms applicable to all Settlement Class Members underscores the predominance of common legal and factual questions for purposes of this settlement. In concluding that the Settlement Class should be certified pursuant to Rule 23(b)(3) for settlement purposes, the Court further finds that a class action is superior for purposes of resolving these claims because individual class members have not shown any interest in individually controlling the prosecution of separate actions. Moreover, the cost of litigation likely outpaces the individual recovery available to any Settlement Class

Members. See FED. R. CIV. P. 23(b)(3)(A). Accordingly, the Court finds that, for purposes of this settlement, Rule 23(b)(3) has also been satisfied.

### III. NOTICE

The Court finds that the notice program (i) satisfied the requirements of Rule 23(c)(3) and due process; (ii) was the best practicable notice under the circumstances; (iii) reasonably apprised Settlement Class Members of the pendency of the action and their right to object to the proposed settlement or opt out of the Settlement Class; and (iv) was reasonable and constituted due, adequate, and sufficient notice to all those entitled to receive notice. Additionally, the Class Notice adequately informed Settlement Class Members of their rights in the Litigation. See FED. R. CIV. P. 23(c)(2).

### IV. DISMISSAL WITH PREJUDICE

The Court hereby enters a judgment of dismissal, pursuant to FED. R. CIV. P. 54(b), of the claims by the Settlement Class Members, with prejudice and without costs, except as specified in this order, and except as provided in the Court's order related to Plaintiffs' motion for Class Counsel Fees and Expenses. The Clerk of Court is directed to close this docket.

### V. RELEASES AND FURTHER RELIEF

Pursuant to the Settlement Agreement, the Representative Plaintiffs and Settlement Class Members forever release, discharge, and covenant not to sue the

Released Persons regarding any of the Released Claims. With respect to all Released Claims, the Representative Plaintiffs and the Settlement Class Members expressly waive and relinquish the Released Claims to the fullest extent permitted by law. These releases apply even if the Representative Plaintiffs or Settlement Class Members subsequently discover facts in addition to or different from those which they now know or believe to be true.

## VI. OPT-OUTS

A list of Settlement Class Members who have timely elected to opt out of the Settlement Class, and who therefore are not bound by the settlement or this Order, is attached to this Order as Exhibit A. All other members of the Settlement Class shall be subject to all of the provisions of the Settlement Agreement and this Order.

## VII. OBJECTIONS

The Court has considered each of the objections, finds that they are unpersuasive, and therefore overrules all of them.

## VIII. APPEAL BOND FOR OBJECTOR MICHAEL NARKIN

The Court has been apprised of and considered the conduct of objector Michael Narkin in other actions such as *Miller v. Ghirardelli Chocolate Co.*, No. 12-cv-04936-LB, 2015 U.S. Dist. LEXIS 20725 (N.D. Cal. Feb. 20, 2015); *Larsen v. Trader Joe's Co.*, No. 11-cv-05188-WHO, 2014 U.S. Dist. LEXIS 95538 (N.D.

Cal. July 11, 2014); *Arnold v. FitFlop USA, LLC*, No. 11-CV-0973 W, 2014 U.S. Dist. LEXIS 91161 (S.D. Cal. July 3, 2014); and *Bezdek v. Vibram USA Inc.*, No. 12-10513-DPW, 2015 U.S. Dist. LEXIS 5508 (D. Mass. Jan. 16, 2015). In light of the foregoing, as well as the objection submitted by Mr. Narkin in this case, the Court orders that in the event that Mr. Narkin file(s) a notice of appeal related to this order, any order granting final approval to the settlement, and/or any order regarding class counsel's request for fees, expenses, and incentive awards, Mr. Narkin must post an appeal bond in ~~the~~ an amount ~~of $25,000 within 10 business days after the notice of appeal is filed.~~ to be fixed by the Court. Plaintiff's counsel shall submit an affidavit relating to costs within 10 days & a order regarding same.

## IX. CONTINUING JURISDICTION

Without any way affecting the finality of this Order, the Court retains jurisdiction over the Parties, including all Settlement Class Members, to construe and enforce the settlement for the mutual benefit of the Parties. The Court retains jurisdiction to enter any orders necessary or appropriate in implementing the Settlement Agreement, including but not limited to orders enjoining Settlement Class Members from prosecuting Released Claims.

Consistent with the Settlement Agreement, it is further ordered that Settlement Class Members are permanently barred from initiating, asserting, or prosecuting any Released Claims against any of the Released Persons in any federal or state court in the United States or any other tribunal.

H0043108.

8

**IT IS SO ORDERED.**

_____
HON. MADELINE C. ARLEO
UNITED STATES DISTRICT JUDGE

*Exhibit A - Settlement Class Members who have Timely Elected to Opt Out of the Settlement Class*

| # | Name | Address | City | State | Zip Code | VIN | Model | Year |
|---|---|---|---|---|---|---|---|---|
| 1 | DON B CAMERON | 2021 EAST ST | GOLDEN | CO | 80401 | JHLRE48398C017648 | CR-V | 2008 |
| 2 | PATRICIA A SHEA | 2809 SUNFLOWER DR | MADISON | WI | 53711 | JHLRE48797C048688 | CR-V | 2007 |
| 3 | MARY L AFT | 448 WARREN AVE | CINCINNATI | OH | 45220 | JHLRE48737C103376 | CR-V | 2007 |
| 4 | MARY C SULLIVAN | 7 DEXTER RD | WELLESLEY | MA | 2482 | 5J6RE48359L002816 | CR-V | 2009 |
| 5 | NANCY E RICHARDS | 133 N 25TH ST | CAMP HILL | PA | 17011 | 5J6RE48779L003954 | CR-V | 2009 |
| 6 | JILL M SWANSON | 664 OXFORD HALL DR | LAWRENCEVILLE | GA | 30044 | JHLRE38727C031483 | CR-V | 2007 |
| 7 | ELLEN J RHODES-MIMS | 3 SPINNAKER WAY | SALEM | SC | 29676 | JHLRE48557C071867 | CR-V | 2007 |
| 8 | RICHARD R TAGGART | 34 CAMPBELL RD | RUTLAND | VT | 5701 | JHLRE48518C065341 | CR-V | 2008 |
| 9 | STANLEY F BIALOMIZY | 518 W GORE RD | ERIE | PA | 16509 | JHLRE48547C088515 | CR-V | 2007 |
| 10 | TOM T SCHAFER | 1020 E VICTORY RD | BOISE | ID | 83706 | JHLRE48788C032029 | CR-V | 2008 |
| 11 | CAROLYN C SAYLES | 5155 LACY PL | GREENWOOD | IN | 46142 | JHLRE38708C050101 | CR-V | 2008 |
| 12 | DORIS D SHAMBAUGH | 8 VALLEY RANCH RD | SHERMANS DALE | PA | 17090 | 5J6RE48528L010582 | CR-V | 2008 |
| 13 | GARY G KOENEN | 1974 HUMMINGBIRD DR | JACKSON | WI | 53037 | JHLRE487X7C071140 | CR-V | 2007 |
| 14 | DEBBIE D RULEY | 1110 KEMP HILLS DR | AUSTIN | TX | 78737 | 3CZRE38368G703936 | CR-V | 2008 |
| 15 | MARY M MCEACHEN | 5136 SEALANE WAY | OXNARD | CA | 93035 | JHLRE48587C073046 | CR-V | 2007 |
| 16 | DIANE D KIRKMAN | 232 MERION DR | PITTSBURGH | PA | 15228 | JHLRE38387C008206 | CR-V | 2007 |
| 17 | GLORIA G FROST | 30 MILL RD | DERRY | NH | 3038 | JHLRE48397C073541 | CR-V | 2007 |
| 18 | MARTHA M MCADOO | 830 S MAIN ST APT 207 | WASHINGTON | PA | 15301 | JHLRE48727C065011 | CR-V | 2007 |
| 19 | PAUL P ARNETT | 180 HIGH RIDGE VW | MANITOU SPGS | CO | 80829 | 5J6RE48768L006746 | CR-V | 2008 |
| 20 | ANN A TATE | 111 ST CLAIR LN | MARYVILLE | TN | 37804 | JHLRE38378C037827 | CR-V | 2008 |
| 21 | ELEANOR M HARVEY | 394 CATFISH LAKE RD | MAYSVILLE | NC | 28555 | JHLRE38517C018416 | CR-V | 2007 |
| 22 | KELVIN D HELLER | 17061 SE 76TH CALEDONIA TER | THE VILLAGES | FL | 32162 | 3CZRE38388G707566 | CR-V | 2008 |
| 23 | GEORGE G AMBROSE | 37 S NEWBERRY ST | YORK | PA | 17401 | JHLRE48527C092417 | CR-V | 2007 |
| 24 | TIFFANY T POLTE | 495 BENT TREE DR | MARYSVILLE | OH | 43040 | 5J6RE48788L031826 | CR-V | 2008 |
| 25 | DANIEL L PATTERSON | 6138 SUNSCAPE DR NE | LOUISVILLE | OH | 44641 | 5J6RE48578L007855 | CR-V | 2008 |
| 26 | MARY M KELLEHER | 56 SAGEWOOD CIR | HOOKSETT | NH | 3106 | JHLRE48577C009886 | CR-V | 2007 |
| 27 | LAURA HOKE | 16409 CASTLETROY DR | AUSTIN | TX | 78717 | 3CZRE38368G702723 | CR-V | 2008 |
| 28 | PAULA STANAGE | 58402 IRONWOOD DR | ELKHART | IN | 46516 | JHLRE48737C100025 | CR-V | 2007 |
| 29 | JANE J JONES | 33 PINNACLE CT | MOUNTAIN TOP | CT | 18707 | 5J6RE48508L009463 | CR-V | 2008 |
| 30 | ROBERT A HOOSER | 81 KENSINGTON CIR APT 205 | WHEATON | IL | 60189 | JHLRE48308C050294 | CR-V | 2008 |
| 31 | FRED BIZOVI | 6508 RUDDOCK DR | N LAS VEGAS | NV | 89084 | JHLRE38327C033604 | CR-V | 2007 |
| 32 | KAREN P EISIMINGER | 254 3RD AVE | WAYNESBURG | PA | 15370 | JHLRE48588C031364 | CR-V | 2008 |
| 33 | MARY E REYNOLDS | 2 ENGLEWOOD DR APT E4 | HARWICH | MA | 2645 | JHLRE48368C051224 | CR-V | 2008 |
| 34 | CARLOS A PEREZ | 268 GRAFF AVE | BRONX | NY | 10465 | JHLRE48347C092613 | CR-V | 2007 |
| 35 | NANCY K PETERSEN | 357 SINGING BROOK CIR | SANTA ROSA | CA | 95409 | JHLRE38787C040186 | CR-V | 2007 |
| 36 | CAROL J COVINGTON | PO BOX 25304 | FEDERAL WAY | WA | 98093 | JHLRE48717C092247 | CR-V | 2007 |
| 37 | PHYLLIS M DENTON | 11209 OCEOLA RD SE | ALBUQUERQUE | NM | 87123 | JHLRE48578C080460 | CR-V | 2008 |
| 38 | JESSIE J WHISNANT | 633 E SANDERS RD | SHELBY | NC | 28150 | JHLRE38538C029547 | CR-V | 2008 |
| 39 | PATRICIA A KENT | 625 S POPLAR ST | DENVER | CO | 80224 | JHLRE48318C075026 | CR-V | 2008 |
| 40 | CARLOS M RIANO | 5809 BLAZING STAR LN | BAKERSFIELD | CA | 93306 | JHLRE38738C043613 | CR-V | 2008 |
| 41 | STEVEN M JOHNSON | 10841 W CANTERBURY DR | SUN CITY | AZ | 85351 | JHLRE48737C018649 | CR-V | 2007 |
| 42 | RUTH R WEIST | 19290 LINCOLN HWY | PLYMOUTH | IN | 46563 | JHLRE38507C035692 | CR-V | 2007 |
| 43 | VERNON L FERCH | 618 4TH AVE SE | WASECA | MN | 56093 | JHLRE485X7C033552 | CR-V | 2007 |
| 44 | HELEN E BYRD | 3850 E 14TH ST APT U | CASPER | WY | 82609 | JHLRE485X8C065418 | CR-V | 2008 |
| 45 | MARY A BRADY | 249 MAUREEN LN NE | MINNEAPOLIS | MN | 55421 | JHLRE48727C123716 | CR-V | 2007 |
| 46 | DEBORAH D BRUBAKER | 2218 STONE CREEK TRL | CUYAHOGA FLS | OH | 44223 | 5J6RE48307L003949 | CR-V | 2007 |
| 47 | EDUARDO E VILLALOBOS | PO BOX 795 | SIERRA MADRE | CA | 91025 | JHLRE38398C019491 | CR-V | 2008 |
| 48 | WILLIAM W RATHKE | PO BOX 31 | ALLYN | WA | 98524 | JHLRE487X7C066181 | CR-V | 2007 |
| 49 | RICHARD R MARKUTEN | 3967 BRAMBLEWOOD DR | AKRON | OH | 44319 | JHLRE485X7C033177 | CR-V | 2007 |
| 50 | ANNE A LUTZ | 1287 W PINE LAKE RD | SALEM | OH | 44460 | JHLRE38538C005975 | CR-V | 2008 |
| 51 | MARTHA A KOPPIN | 347 W ANN ARBOR TRAIL CT | PLYMOUTH | MI | 48170 | 5J6RE48738L027876 | CR-V | 2008 |
| 52 | DAVID W FLEMING | 37858 MAPLE CIR E | CLINTON TWP | MI | 48036 | JHLRE48767C001957 | CR-V | 2007 |
| 53 | THOMAS T HERNANDEZ | 111 DANBURY LN | COSTA MESA | CA | 92626 | JHLRE38579C003485 | CR-V | 2009 |
| 54 | GARY D BURNS | 900 BARBARA LN | TIPTON | MO | 65081 | 5J6RE48337L012614 | CR-V | 2007 |
| 55 | FLOYD F DELAWYER | 9609 W TELFAIR DR | BOISE | ID | 83704 | JHLRE48747C037663 | CR-V | 2007 |
| 56 | DANIEL D COOPER | 6588 MYRTLE HILL RD | VALLEY CITY | OH | 44280 | JHLRE48327C012158 | CR-V | 2007 |
| 57 | SUSAN B HART | 25 LAKEWOOD DR | EAST SANDWICH | MA | 2537 | JHLRE48797C058959 | CR-V | 2007 |
| 58 | KATHLEEN J BRANDON | 217 N ORANGE AVE | FULLERTON | CA | 92833 | 5J6RE38369L000194 | CR-V | 2009 |
| 59 | HELEN H BYERS | N6 KENRAY AVE | DOVER | PA | 17315 | JHLRE48777C088252 | CR-V | 2007 |
| 60 | JOYCE J SCHNEIDER | 4436 E HINSDALE PL | LITTLETON | CO | 80122 | JHLRE48357C012168 | CR-V | 2007 |
| 61 | VIRGINIA V BRUCE | 3098 BUENA HILLS DR | OCEANSIDE | CA | 92056 | JHLRE38388C025587 | CR-V | 2007 |
| 62 | PHILIP P YICK | 495 CORONATION DR | BRENTWOOD | CA | 94513 | JHLRE38548C031243 | CR-V | 2008 |
| 63 | SHELLIE S SAUNDERS | 16936 CEDARWOOD CT | CERRITOS | CA | 90703 | JHLRE38387C052058 | CR-V | 2007 |
| 64 | BILLIE C MACNEILL | 14571 LEGENDS BLVD N APT 207 | FORT MYERS | FL | 33912 | JHLRE38597C047033 | CR-V | 2007 |
| 65 | LORINDA G LEE | 1710 CHERRYWOOD DR | FREDERICKSBRG | TX | 78624 | JHLRE38768C055884 | CR-V | 2008 |
| 66 | TODD T WULF | 8630 MAPLES RD | CATTARAUGUS | NY | 14719 | JHLRE48528C068345 | CR-V | 2008 |
| 67 | DANNA D MOLINA | 2111 S COPPER ST | DEMING | NM | 88030 | JHLRE38357C020751 | CR-V | 2007 |
| 68 | RAASCH ASSOCS INC | 400 AMS CT | GREEN BAY | WI | 54313 | JHLRE48317C071055 | CR-V | 2007 |
| 69 | CYNTHIA M HANSON | 796 E MAIN ST | WINTERVILLE | NC | 28590 | JHLRE38328C003262 | CR-V | 2008 |
| 70 | JIM KEMMERLING | 7413 DREYFUSS DR | AMARILLO | TX | 79121 | JHLRE48767C039611 | CR-V | 2007 |
| 71 | BARBARA B SMITH | 3081 SEABREEZE DR | MAY | TX | 76857 | JHLRE38598C007746 | CR-V | 2008 |
| 72 | JAMES D GORMLEY | 9437 LAKEVIEW DR | FOLEY | AL | 36535 | JHLRE38378C024690 | CR-V | 2008 |
| 73 | DELORES A CARSTENSEN | 2714 E 62ND LN | SPOKANE | WA | 99223 | JHLRE48508C048787 | CR-V | 2008 |
| 74 | MITCHELL L COXEY | PO BOX 807 | STERLING CITY | TX | 76951 | JHLRE383X9C006749 | CR-V | 2009 |
| 75 | EARL E EIFERT | 436 BIRKDALE VILLAGE DR | DAYTON | OH | 45458 | JHLRE38398C005073 | CR-V | 2008 |
| 76 | AMY T SHIROMA | 992A W PUAINAKO ST | HILO | HI | 96720 | JHLRE38368C038354 | CR-V | 2008 |
| 77 | DANIELLE BELTRAN | 1210 S 17TH ST | COPPERAS COVE | TX | 76522 | JHLRE38727C078321 | CR-V | 2007 |
| 78 | MAVIS M GOURLEY | 61 MENLO PARK DR | BELLEVILLE | MI | 48111 | JHLRE48357C038429 | CR-V | 2007 |
| 79 | DOROTHY D HAYNES | 5661 HIGHWAY 55 E | CLOVER | SC | 29710 | JHLRE387X7C020022 | CR-V | 2007 |
| 80 | THOMAS J GRESH | 857 E BOSTON AVE | YOUNGSTOWN | OH | 44502 | JHLRE48758C079700 | CR-V | 2008 |
| 81 | LARAINE L GARITTA | 9 LEETE ST | WEST HAVEN | CT | 6516 | JHLRE48598C040686 | CR-V | 2008 |
| 82 | MICHAEL M LAURENT | 4419 TITLEIST DR | FERNANDINA | FL | 32034 | JHLRE38717C018997 | CR-V | 2007 |
| 83 | ALICE A SWEN | 4656 GRACE ST | SCHILLER PARK | IL | 60176 | JHLRE48728C066967 | CR-V | 2008 |
| 84 | JAMES G MURPHY | 700 JOHN RINGLING BLVD APT W313 | SARASOTA | FL | 34236 | JHLRE38337C077174 | CR-V | 2007 |
| 85 | ESTHER E PITCHURE | 11812 BULLIS RD | MARILLA | NY | 14102 | JHLRE38347C018814 | CR-V | 2007 |
| 86 | SYBIL S SEIGLER | PO BOX 762 | HUNT | TX | 78024 | 3CZRE38358G701367 | CR-V | 2008 |
| 87 | PATRICIA L DAVISON | 4806 6TH AVENUE DR | MOLINE | IL | 61265 | JHLRE48517C077665 | CR-V | 2007 |
| 88 | ROBERT M HART | 4448 HARTS COVE WAY | CLERMONT | FL | 34711 | JHLRE38728C042212 | CR-V | 2008 |
| 89 | CARLOS A PEREZ | 268 GRAFF AVE | BRONX | NY | 10465 | JHLRE48347C092613 | CR-V | 2007 |

| # | Name | Address | City | State | Zip | VIN | Model | Year |
|---|---|---|---|---|---|---|---|---|
| 90 | JOHN J FLOWER | 855 KNIGHTS LN | ENGLEWOOD | FL | 34223 | JHLRE38327C076226 | CR-V | 2007 |
| 91 | GEORGE G COLLETT | 1452 SEAN CT | PARADISE | CA | 95969 | JHLRE48557C042630 | CR-V | 2007 |
| 92 | PATRICIA E DENGLER | 212 RIVERSIDE DR | DENVILLE | NJ | 7834 | JHLRE48378C052012 | CR-V | 2008 |
| 93 | THOMAS S RANDAZZO | 148 CHERRY HILL RD | MAGNOLIA | DE | 19962 | JHLRE48547C100985 | CR-V | 2007 |
| 94 | DAVID MOSTILLO | 20335 US HIGHWAY 11 | STEELE | AL | 35987 | 3CZRE38538G704818 | CR-V | 2008 |
| 95 | KAREN H GILES | 5514 WEEPING WAY | FORT COLLINS | CO | 80528 | JHLRE38768CD20150 | CR-V | 2008 |
| 96 | NANCY N ELFRINK | 5572 BRIGHTON HILL LN | DUBLIN | OH | 43016 | JHLRE38797C068014 | CR-V | 2007 |
| 97 | RONALD J MASLYK | 1221 LAS BRISAS LN | WINTER HAVEN | FL | 33881 | JHLRE48557C002290 | CR-V | 2007 |
| 98 | RONALDO M PROENZA | 3233 TIMOTHY ST | APOPKA | FL | 32703 | JHLRE48537C064769 | CR-V | 2007 |
| 99 | MARIE PAUL | 4266 MORRELL ST | SAN DIEGO | CA | 92109 | JHLRE383X7C059030 | CR-V | 2007 |
| 100 | DIANA I RADA | 4860 ROYAL ISLAND WAY | SAN DIEGO | CA | 92154 | JHLRE38308C006628 | CR-V | 2008 |
| 101 | BENNIE B LEWIS | 405 W 4TH CT | FROSTPROOF | FL | 33843 | JHLRE38728C058541 | CR-V | 2008 |
| 102 | JACQUELYN A KENDIG | 18911 66TH ST | LIVE OAK | FL | 32060 | JHLRE38797C031139 | CR-V | 2007 |
| 103 | KENNETH PASTOR | 1076 ROSEWOOD DR | MARYSVILLE | OH | 43040 | JHLRE48507C042065 | CR-V | 2007 |
| 104 | MARILYN MAROPOULOS | 15 OLD FARM NORTH CT | BRADLEY | IL | 60915 | 3CZRE48538G701181 | CR-V | 2008 |
| 105 | CYRUS C HICKS | 1113 DENNIS DR | COSTA MESA | CA | 92626 | JHLRE48768CD50867 | CR-V | 2008 |
| 106 | NANCY N MARZEN | 9125 GLENBROOK RD | FAIRFAX | VA | 22031 | 5J6RE48358L048886 | CR-V | 2008 |
| 107 | WILLIAM W WRIGHTSMAN | 4917 LAKE RIDGE DR | QUINCY | IL | 62305 | JHLRE487X7C106811 | CR-V | 2007 |
| 108 | DAVID D FRANZMAN | 32 RANDOLPH RD | NEWPORT NEWS | VA | 23601 | 5J6RE38328L002863 | CR-V | 2008 |
| 109 | SHABNAM MAGHSOOD | 2 CHELSEA AVE APT 531 | LONG BRANCH | NJ | 7740 | JHLRE48728C055645 | CR-V | 2008 |
| 110 | | | | | | | CR-V | |
| 111 | | | | | | | CR-V | |
| 112 | | | | | | | CR-V | |
| 113 | | | | | | | CR-V | |
| 114 | | | | | | | CR-V | |
| 115 | | | | | | | CR-V | |
| 116 | | | | | | | CR-V | |
| 117 | | | | | | | CR-V | |
| 118 | | | | | | | CR-V | |
| 119 | | | | | | | CR-V | |
| 120 | | | | | | | CR-V | |
| 121 | | | | | | | CR-V | |
| 122 | | | | | | | CR-V | |
| 123 | | | | | | | CR-V | |
| 124 | | | | | | | CR-V | |
| 125 | | | | | | | CR-V | |
| 126 | | | | | | | CR-V | |
| 127 | | | | | | | CR-V | |
| 128 | | | | | | | CR-V | |
| 129 | | | | | | | CR-V | |
| 130 | | | | | | | CR-V | |
| 131 | | | | | | | CR-V | |
| 132 | | | | | | | CR-V | |
| 133 | | | | | | | CR-V | |
| 134 | | | | | | | CR-V | |
| 135 | | | | | | | CR-V | |
| 136 | | | | | | | CR-V | |
| 137 | | | | | | | CR-V | |
| 138 | | | | | | | CR-V | |
| 139 | | | | | | | CR-V | |
| 140 | | | | | | | CR-V | |
| 141 | | | | | | | CR-V | |
| 142 | | | | | | | CR-V | |
| 143 | | | | | | | CR-V | |
| 144 | | | | | | | CR-V | |
| 145 | | | | | | | CR-V | |
| 146 | | | | | | | CR-V | |
| 147 | | | | | | | CR-V | |
| 148 | | | | | | | CR-V | |
| 149 | | | | | | | CR-V | |
| 150 | | | | | | | CR-V | |