# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN DAVITT, SCOTT CARTER and MARK TUDYK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC,<br><br>Defendants. | Case No.: 2:13-cv-00381-MCA-JBC |

## [PROPOSED] ORDER IMPOSING APPEAL BOND ON OBJECTOR MICHAEL NARKIN

**WHEREAS**, the Court having considered the Affidavit of Matthew D. Schelkopf, having held a fairness hearing on May 7, 2015, and having considered the arguments of counsel, it is hereby **ORDERED** that the Court's May 8, 2015 Final Approval Order is supplemented as follows:

1. Pursuant to FED. R. APP. P. 7., in the event that Objector Michael Narkin files a timely notice of appeal (*i.e.*, on or before June 8, 2015) from this Court's order granting final approval to the class action settlement and/or its order approving Plaintiffs' motion for the award of attorneys' fees and expenses (DE # 70-71), Mr. Narkin shall be required to post an appeal bond in the amount of $2,500.

H0044307

2. Mr. Narkin shall file proof of his compliance with this Order within ten business days from the filing of any such notice of appeal.

3. This Order shall in no way modify or extend any applicable appeal period relating to the Final Approval Order.

IT IS SO ORDERED on this ___12___ day of May, 2015

_____
HON. MADELINE C. ARLEO
UNITED STATES DISTRICT JUDGE

H0044307